# HOFFMAN POLLAND & FURMAN PLLC

Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-law.com
_____

November 13, 2015

Ryan Goldberg, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, NY 11556-0926

        Re:    GEICO v S&R Medical, P.C., et al.
                  Case No. 15-cv-04077

Dear Mr. Goldberg:

      Enclosed please find our Notice of Motion and Supporting Memorandum of Law dated November 13, 2015 on behalf of Defendants Yvette Davidov, D.O., and S&R Medical, P.C. in support of their Motion to Dismiss Plaintiffs' previously filed Complaint herein dated July 10, 2015, pursuant to FRCP 12(c) and 9(b), and for a Severance therefrom pursuant to FRCP 20(a). This letter is being filed via ECF in accordance with Judge Amon's Rules, Rule (D) (1).

                                    Regards,

                                    */s/ Mark L. Furman*
                                    Mark L. Furman