UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GOVERNMENT EMPLOYEES
INSURANCE CO., GEICO INDEMNITY
CO., GEICO GENERAL INSURANCE
COMPANY, and GEICO CASUALTY CO.,

                Plaintiffs,

    -against-

GRACIA MAYARD, et al.,

                Defendants.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 3 0 2019 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION
**ORDER**
No. 15-CV-4077 (CBA) (RML)

**AMON, United States District Judge:**

Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company, and GEICO Casualty Co., filed this action on July 10, 2015, alleging state-law fraud and unjust enrichment as well as claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(c). On October 7, 2015, the Clerk of Court entered default against Defendants Allmed Medical of Williamsburg, P.C., Billy Gervis, M.D., Jamaica Medical Plaza, P.C., Pavel Yutsis, M.D., and Lifex Medical Care, P.C., after these Defendants failed to appear or answer the complaint. Plaintiffs filed their motion for default judgment on October 12, 2018, and this Court referred that motion to the Honorable Robert M. Levy, United States Magistrate Judge, for a Report and Recommendation ("R&R"). On May 9, 2019, Magistrate Judge Levy concluded that Plaintiffs established Defendants' liability on all counts and recommended entering judgment against each Defendant in different amounts reflective of their respective conduct. (See D.E. # 105 at 16.)

No party has objected to the R&R, and the time for doing so has passed. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the

1

magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. Accordingly, the Court directs the Clerk of Court to enter judgment in favor of Plaintiffs in accordance with page sixteen of the R&R, (D.E. # 105 at 16), and to close the case.

SO ORDERED.

Dated: August 26, 2019
Brooklyn, New York

s/Carol Bagley Amon
_____
Carol Bagley Amon
United States District Judge